# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPH DARRAH, <br><br> Plaintiff, <br> v. <br><br> GOVERNMENT OF THE VIRGIN ISLANDS on behalf of the JUAN F. LUIS HOSPITAL, LLOYD HENRY, M.D., and DR. X, Y, and Z, <br><br> Defendants. | 1:09-cv-68 |

TO: Lee J. Rohn, Esq.
       Eugenio W.A. Geigel-Simounet, Esq.

## ORDER

THIS MATTER is before the Court upon Plaintiff's Motion to Compel Defendants to Supplement Rule 26 Disclosures (Docket No. 27). The time for filing a response has expired.

Having reviewed the motion and the record herein, the Court notes that Defendants Government of the Virgin Islands and Lloyd Henry, M.D., filed a Notice of Service of Supplemental Initial Voluntary Disclosures (Docket No. 28). Consequently, the Court finds that said Defendants have provided the information sought by the motion, rendering said motion moot.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Compel Defendants to Supplement Rule 26 Disclosures (Docket No. 27) is **DENIED AS MOOT**.

ENTER:

Dated: October 28, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE